**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2002, MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2002-NC2,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WARREN GALVIN, JR,<br><br>Defendant. | CIVIL ACTION FILE<br>NO 3:16-CV-00395-MCR-CJK |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kelly M. Canfield hereby appears as counsel for Plaintiff U.S. Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-NC2, and requests that copies of all pleadings and other papers served and filed herein be served upon undersigned.

This 25th day of October, 2016.

/s/ Kelly M. Canfield
W. Bard Brockman (Fla. Bar No. 868817)
Bard.brockman@bryancave.com

Kelly M. Canfield (Fla. Bar No. 101628)
canfieldk@bryancave.com
**BRYAN CAVE LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone: 786-322-7387
Facsimile: 786-322-7487

*Counsel for U.S. Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-NC2,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2002, MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2002-NC2,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WARREN GALVIN, JR,<br><br>Defendant. | CIVIL ACTION FILE<br>NO 3:16-CV-00395-MCR-CJK |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of **PLAINTIFF'S MOTION TO REMAND AND MEMORANDUM OF LAW IN SUPPORT** was filed electronically with the Clerk of Court for the United States District Court for the Northern District of Florida, using CM/ECF. I also certify that the foregoing document is being served 25th day of October on Defendants by first class, U.S. Mail at the following address:

David Warren Gavin, Jr.
3995 Goya Drive
Pensacola, FL 32504

Susan E Galvin
3995 Goya Drive
Pensacola, FL 32504

/s/ Kelly M. Canfield
Kelly M. Canfield