UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v().                                         CASE NO. 3:16cv395-MCR-CJK

DAVID WARREN GALVIN, JR., et al.,

    Defendants,

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 6, 2016.  ECF No. 16.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Page 2 of 2

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Remand, ECF No. 14, is GRANTED and this matter is hereby REMANDED to the state court from which it was removed.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 6th day of January, 2017.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **CHIEF UNITED STATES DISTRICT JUDGE**